# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 08–1456 PA (CTx) | Date | March 13, 2008 |
|---|---|---|---|
| Title | Top Rank, Inc. v. Miguel A. Rodriguez, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Rosa Morales | None | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS—ORDER TO SHOW CAUSE

Before the Court is a Complaint to Renew Judgment ("Complaint") (Docket No. 1) filed by plaintiff Top Rank, Inc. ("Plaintiff") on February 29, 2008.  Pursuant to Rule 69(a)(1) of the Federal Rules of Civil Procedure, Plaintiff seeks to renew a judgment it obtained in Top Rank, Inc. v. Miguel A. Rodriguez, et al., Case No. CV 96–8787 AAH (VAP).

Rule 69(a)(1) provides that a money judgment may be enforced by a writ of execution and that the procedure on execution "must accord with the procedure of the state where the court is located . . . ."  Fed. R. Civ. P. 69(a)(1).  Under California Code of Civil Procedure § 683.020:

> Except as otherwise provided by statute, upon the expiration of 10 years after the date of entry of a money judgment or a judgment for possession or sale of property: (a) The judgment may not be enforced[;] (b) All enforcement procedures pursuant to the judgment or to a writ or order issued pursuant to the judgment shall cease[;] (c) Any lien created by an enforcement procedure pursuant to the judgment is extinguished.

Under California law, a party may renew the judgment, but must do so before the expiration of the 10-year period of enforceability.  See Cal. Code Civ. P. § 683.130(a) ("In the case of a lump-sum money judgment or a judgment for possession or sale of property, the application for renewal of the judgment may be filed at any time before the expiration of the 10-year period of enforceability provided by Section 683.020 . . . ."); see also Cal. Code Civ. P. § 683.130(b)(1) (application for renewal of judgment payable in installments may be filed before expiration of 10-year enforceability period).

Here, the docket in the underlying case indicates that a consent judgment was entered on September 22, 1997.  (See Docket No. 16, CV 96–8787.)  Therefore, it appears that the 10-year period of enforceability expired on September 22, 2007, and that Plaintiff's Complaint, filed on February 29, 2008, is untimely.  Accordingly, Plaintiff is ordered to show cause in writing why this case should not be dismissed as untimely.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 08–1456 PA (CTx) | Date | March 13, 2008 |
|---|---|---|---|
| Title | Top Rank, Inc. v. Miguel A. Rodriguez, et al. | | |

    Plaintiff's response to this Order to Show Cause, not to exceed ten (10) pages, shall be filed and served no later than March 21, 2008. Failure to respond may result in the dismissal of this action without prejudice.

    IT IS SO ORDERED.